## GEORGE SUDEITH v. JAMES E. RYAN.[2]

June 9, 1939.

No. 32,026.

*Samuel A. Anderson* and *Russell M. Carlson,* for appellant.
*Walsh & Walsh,* for respondent.

[1]Reported in 285 N. W. 615.
[2]Reported in 287 N. W. 7.

PER CURIAM.

Mr. Justice Hilton being incapacitated by illness and the other members of the court being equally divided on the questions presented by this appeal, the order of the trial court is affirmed without opinion.

Affirmed.